AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| PURIFICACION CAOILI | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.  1:22-cv-21444-JLK |
| NCL (Bahamas) Ltd., a Bermuda Company d/b/a Norwegian Cruise Lines | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  NCL (Bahamas) Ltd., A Bermuda Company
d/b/a Norwegian Cruise Lines
by serving its Registered Agent,
Daniel S. Farkas, Esq.
7660 Corporate Center Drive
Miami, FL  33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PAUL M. HOFFMAN, ESQ.
HOFFMAN LAW FIRM
2881 East Oakland Park Blvd. Suite 104
Fort Lauderdale, FL  33306

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  05/19/2022

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts